AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**RONELL FITZGERALD,**

        Petitioner,

        V.

**DANIEL BERTRAND**,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: **03-C-495**

☐   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Ronell Fitzgerald's petition pursuant to Title 28, United States Code, Section 2254, is DISMISSED because he has not exhausted the remedies available in the Court of the State. Petitioner's Motion to Stay is DENIED. This action is hereby DISMISSED.**

  August 15, 2006  
Date

SOFRON B. NEDILSKY  
Clerk

 s/ Linda M. Zik  
(By) Deputy Clerk